UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 04CR2890BTM |
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS |
| v. | ) ) | TO THE DEFENDANT MANUEL CARRILLO-CARILLO AND |
| MANUEL CARRILLO-CARRILLO (2), , | ) ) ) | RECALL ARREST WARRANT |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to defendant MANUEL CARRILLO-CARRILLO and the Arrest Warrant  be recalled.

IT IS SO ORDERED.


Dated:  July 28, 2015

Barry Ted Moskowitz, Chief Judge
United States District Court